UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:19-cv-00183

———

**Johnifer Ray Mumphrey, #2249129**
*Plaintiff,*

v.

**Melissa Holmes, et al.**
*Defendants.*

———

Before BARKER, *District Judge*

———

## ORDER OF DISMISSAL

Plaintiff Johnifer Ray Mumphrey, a prisoner in the Texas prison system, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation, Doc. 12, concluding that plaintiff's lawsuit should be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1).

The report, which contains Judge Love's proposed findings of fact and recommendations for the disposition of this case, has been presented for consideration. The plaintiff did not file any objections to the report. Thus, the court accepts the report's findings and adopts its conclusions.

It is therefore **ordered** that the report and recommendation, Doc. 12, is **adopted** and plaintiff's complaint is **dismissed** with prejudice pursuant to 28 U.S.C. § 1915a(b)(1). All motions not previously ruled on are **denied**.

*So ordered by the court on August 12, 2019*

_____

J. CAMPBELL BARKER
United States District Judge